United States District Court
Southern District of Texas
**ENTERED**
February 03, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | Case No. H-24-CR-558-1 |
| | § | |
| Leonardo Robles Aleman, | § | |

## ORDER STAYING ORDER OF RELEASE

On January 28 and 30, 2025, the court held hearings on whether Leonardo Robles Aleman should be released on bail pending trial. The court found that Robles Aleman was a flight risk, but that there are conditions that would assure his release. The court imposed strict conditions, including a $120,000 bond co-signed by the Defendant's brother-in-law, home incarceration, and GPS monitoring. The government moved that the order of release be stayed pending appeal to the district judge. That motion is **GRANTED**. The court summarizes here the court's reasons for granting release.

The defendant was born in Mexico and came to the United States in 2013 on a lawful visa. He has now overstayed that visa. There is no evidence that a detainer has been lodged against him. There is no evidence that he has traveled to Mexico since entering the United States more than a decade ago. The defendant has a verified job, owns his home, and has no criminal history. His family attended the detention hearing and his brother-in-law agreed to sign a bond in an amount three times his annual earnings.

The drug transaction that forms the basis of this prosecution occurred on August 22, 2023. On that date, agents confronted the Defendant and searched his home with his consent. Agents found what they thought was heroin but turned out to be another substance. Agents then released the defendant. The defendant did not flee, did not go to Mexico, or do anything else that would indicate he had any intention of avoiding prosecution. Instead, he continued to live in the same house that the agents searched and continued to work. There is no evidence that Robles Aleman committed any other criminal conduct after he was confronted by police.

The Defendant rebutted the presumption that he is a risk of flight and a danger to the community. The court turned to the question whether there are conditions that will assure the Defendant's appearance and community safety. As to the issue of community safety, there is no evidence that the Defendant poses any kind of danger. The defendant does have ties to Mexico, including his parents and siblings. Thus, there is a risk of flight and non-appearance. The court concluded that the conditions imposed would be sufficient to ameliorate those risks. As mentioned, the court imposed very restrictive conditions and required his co-surety to sign a bond that is three times his yearly earnings. The court also placed the Defendant on home incarceration monitored by GPS.

Because the case is serious, the court agreed to stay the release order so that the government would have the opportunity to present the facts of this case to the district judge for de novo

review. Accordingly, it is **ORDERED** that the defendant be detained unless and until the district judge orders otherwise. The parties are **ORDERED** to notify the undersigned immediately when the district judge takes action on this matter.

Signed at Houston, Texas, on February 3, 2025.

Peter Bray
United States Magistrate Judge